TOBIAS ZWERDLING, Suing on Behalf of BETHLEHEM STEEL CORPORATION, for Himself and for the Benefit of All Other Stockholders Similarly Situated Who May Come in and Contribute to the Cost of This Action, Appellant, *v.* QUINCY BENT and Others and BETHLEHEM STEEL CORPORATION, Defendants, Impleaded with WILLIAM J. BROWN, and EDWARD H. SCHWAB and Others, as Executors, etc., of CHARLES M. SCHWAB, Deceased, Respondents.

Argued June 17, 1943; decided October 14, 1943.

*William S. Bennet* and *Louis Boehm* for appellant.

*Frederick H. Wood, Hoyt A. Moore* and *George M. Billings* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.